No. 1134, Misc.   EVANS *v.* DINER'S CLUB, INC.   C. A. 2d Cir.   Certiorari denied.

No. 1115, Misc.   FURTAK *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 1143, Misc.   WALLS *v.* MYERS, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 1144, Misc.   THOMAS *v.* CLARK, ATTORNEY GENERAL OF ILLINOIS.   C. A. 7th Cir.   Certiorari denied.

No. 1147, Misc.   LESTER *v.* TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.   Petitioner *pro se.*   *George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.

No. 1150, Misc.   McGRATH *v.* McMANN, WARDEN. C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Michael H. Rauch,* Deputy Assistant Attorney General, for respondent.

No. 1162, Misc.   AURILLO *v.* FOGLIANI, WARDEN.   Sup. Ct. Nev.   Certiorari denied.

No. 1172, Misc.   TORNETTO *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 1176, Misc.   BROWN *v.* GIFFIN INDUSTRIES, INC.; ET AL.   Sup. Ct. Fla.   Certiorari denied.   Petitioner *pro se. Samuel J. Powers, Jr.,* for respondents.